DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TIMOTHY MAXWELL** and **DOROTHY MAXWELL,**
Appellants,

v.

**CENTAURI SPECIALTY INSURANCE COMPANY,**
Appellee.

No. 4D20-2115

[April 20, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John B. Bowman, Judge; L.T. Case No. CACE 19-013925.

Mark A. Nation of The Nation Law Firm, LLP, Longwood, and Marguerite Snyder of Weil Snyder & Ravindran, P.A., Miami, for appellants.

Edgardo Ferreyra, Jr., Daniel J. Santaniello and Jonah Kaplan of Luks, Santaniello, Petrillo & Cohen, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed. See Dodge v. People's Tr. Ins. Co.*, 321 So. 3d 831 (Fla. 4th DCA 2021).

CONNER, C.J., FORST and ARTAU, JJ., concur.

\*            \*            \*

***Not final until disposition of timely filed motion for rehearing.***